### O'BRYAN v. STATE. (No. 6464.)

(Court of Criminal Appeals of Texas. Nov. 16, 1921.)

Criminal law ⬗1094—Affirmance in absence of fundamental error, statement of facts, and bill of exceptions.

A conviction will be affirmed where the record is before the appellate court without statement of facts or bill of exceptions and no fundamental error is discovered.

Appeal from District Court, Walker County; Carl T. Harper, Judge.

Walter O'Bryan was convicted of unlawful manufacture of intoxicating liquors and appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was convicted for the unlawful manufacture of intoxicating liquor, and his punishment assessed at confinement in the penitentiary for one year. The record is before us without statement of facts or bills of exceptions. No fundamental error having been discovered, the judgment of the trial court is affirmed.